IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS ANTHONY HYATT,

    Movant,                            No. CR S-05-0216 JAM EFB P

    vs.

UNITED STATES OF AMERICA,

    Respondent.                        <u>ORDER</u>

/

    Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Respondent has filed a motion to dismiss the petition. Dckt. No. 49. Movant has requested a second extension of time to file his opposition, stating that he has not received a copy of the government's motion.

    Good cause appearing, it is hereby ORDERED that:

    1. The Clerk of the court is directed to sent movant a copy of respondent's motion. *See* Dckt. No. 49.

    2. Movant has 30 days from the date of this order to file and serve his opposition to respondent's motion to dismiss.

DATED: January 3, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE