IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Respondent,

vs.

THOMAS ANTHONY HYATT,

     Movant.

_____/

No. 2:05-cr-216 JAM EFB P

ORDER

     Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On April 23, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed April 23, 2012, are adopted in full;

2. The § 2255 motion is dismissed pursuant to Federal Rule of Civil Procedure 41(b), based on movant's failure to prosecute the action and to comply with court orders and Local Rules; and

3. Respondent's motion to dismiss, Dckt. No. 49, is denied as moot; and

4. The Clerk is directed to close the companion civil case, No. 2:10-cv-2637 JAM EFB.

DATED: July 27, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE